# United States Court of Appeals for the Fifth Circuit

---

No. 22-50734
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

January 19, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Jose Manuel Salazar-Hernandez,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:22-CR-173-1

---

Before Jones, Haynes, and Oldham, *Circuit Judges.*

Per Curiam:[*]

Jose Manuel Salazar-Hernandez appeals his conviction and sentence for reentry after deportation under 8 U.S.C. § 1326(a) and (b)(2). Salazar-Hernandez argues that treating a prior felony or aggravated felony conviction that increases the statutory maximum under § 1326(b) as a sentencing factor, rather than a separate element of the offense, violates the Constitution. He

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-50734

has filed an unopposed motion for summary disposition and a letter brief explaining that he has raised the issue only to preserve it for further review and correctly conceding that his argument is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998). *See United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019).

Because summary disposition is appropriate, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), Salazar-Hernandez's motion is GRANTED, and the judgment of the district court is AFFIRMED.